No. 63973.—Vandegrift Forwarding Company, Inc. *v.* United States, protest 59/19173 (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 63974.—H. Rosenhirsch Co., Inc. *v.* United States, protests 280066–K, etc. (New York).

. Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63975.—Almar Bristles & Hair Processing Co., Inc. *v.* United States, protests 59/25907 and 59/26481 (New York).

. Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 18, 1960

No. 63976.—D. N. & E. Walter Co. et al. *v.* United States, protests 58/23916, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 18, 1960

No. 63977.—Morris Friedman *v.* United States, protests 58/12069 and 58/23222 (Philadelphia).